JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Meyer Abrams, pro se. Solicitor General McGrath, Frederick Bernays Wiener* and *Roger S. Foster* for the Securities & Exchange Commission, respondent.

No. 90, Misc.   FIESTER *v.* ILLINOIS.   February 25, 1946. Application denied.

No. 91, Misc.   THOMPSON *v.* RAGEN, WARDEN.   February 25, 1946.   The motion for leave to file a petition for writ of habeas corpus is denied.

No. 92, Misc.   IN RE ROSS.   February 25, 1946.   The motion for leave to file a petition for writ of mandamus or prohibition is denied.

No. 94, Misc.   McCONNELL *v.* DOWD, WARDEN.   February 25, 1946.   The motion for leave to file a petition for writ of certiorari is denied.

No. 845.   SKENE *v.* RAGEN, WARDEN.   February 25, 1946.   Dismissed on motion of petitioner.

No. 435.   LAND, CHAIRMAN OF THE UNITED STATES MARITIME COMMISSION, ET AL. *v.* WATERMAN STEAMSHIP CORP.   February 27, 1946.   Macauley, Acting Chairman, substituted for Land.   Writ of certiorari dismissed as to petitioners Kenneth F. Clark, Victor B. Gerard, and W. B. Van Houten, per stipulation of counsel. *Solicitor General McGrath, David L. Kreeger, Robert L. Stern* and *Joseph B. Goldman* for petitioners. *Bon Geaslin* for respondent.